USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, AND TRAINING PROGRAM FUND, and ANNA GUSTIN, in her fiduciary capacity as Director, and MIKE HELLSTROM, as Business Manager of the MASON TENDERS DISTRICT COUNCIL OF GREATER NEW YORK,

    Petitioners,

v.

DANCO BUILDERS GROUP,

    Respondent.

No. 22-CV-8839 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. On October 17, 2022, Petitioners filed a complaint seeking confirmation of an arbitration award. Petitioners have not yet docketed an affidavit of service.

    Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

    ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by November 18, 2022. Respondent's opposition, if any, is due on December 16, 2022. Petitioners' reply, if any, is due on December 30, 2022.

IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated: October 20, 2022
       New York, New York

Ronnie Abrams
United States District Judge